IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

LEON GRAY, III,
ADC #135694                                                                                    PLAINTIFF

1:08CV00061JMM/HLJ

LT. BAIRD, et al.                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this  9  day of  March , 2009.

_____
United States District Judge